**DENIED and Opinion Filed May 3, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00397-CV

## IN RE 1 COVENTRY COURT, LLC, MOSHE FELDHENDLER, AND LEAH FELDHENDLER, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-01541**

## MEMORANDUM OPINION
Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Pedersen, III

In their May 1, 2023 petition for writ of mandamus, relators seek relief from the trial court's contempt order.

Entitlement to mandamus relief requires relators to demonstrate that the trial court clearly abused its discretion and that they lack an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relators bear the burden of providing the Court with a sufficient record to show they are entitled to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding).

Relators' record does not comply with the requirements of Texas Rule of Appellate Procedure 52. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(2). Without a sufficient record, relators have failed to carry their burden.

Accordingly, we deny relators' petition for writ of mandamus.

230397f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE